FILED NOV 26 '03 PM 2:20 USDCALS

# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA

**PRISONER COMPLAINT [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983**

Samuel Leavis,
Name under which you
were convicted

AIS, #220639
Your prison number

vs.

CIVIL ACTION NO. 03-806-BH-C
(To be supplied by Clerk of Court)

Judge Herman Y. Thomas, Circuit Court of Mobile, District Attorney, John Tyson, Jr.
Steven Giardini, Assistant District Attorney, for Mobile County.
Name of Defendant(s)

Bullock County Correctional Facility, P.O. Box 5107, Union Springs, Al 36089
Place of Confinement and Address

## INSTRUCTIONS - READ CAREFULLY

A. **Complaint Form**. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury</u>.

B. **Proper Court**. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. **Separate Case**. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

Revised 6/3/96

D. **Defendants**. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

E. **Pleading the Complaint**. Your complaint should not contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a short and plain statement of your claim and shall provide fair notice to each defendant of the claim against that defendant and of the factual grounds upon which the claim rests.

F. **Fees**. This complaint cannot be properly filed unless it is accompanied by the $120.00 filing fee or a motion to proceed without prepayment of fees and costs if you are unable to afford the filing fee and other costs associated with prosecuting this action.

   If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

   If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees and Costs" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

   Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $120.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. **Form of Pleadings**. All pleadings and other papers filed must be on 8 1/2" x 11" paper, legibly handwritten or typewritten. Every document filed after the complaint must have the style of the case and the docket number. Every pleading must be signed by you and must contain your address and telephone number, if any;

otherwise, the pleading <u>will</u> <u>be</u> <u>stricken</u>.  <u>See</u>  Fed. R. Civ. P. 11(a).  No notary is required.

H. <u>Certificate of Service</u>.  Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent.  A pleading <u>will</u> <u>be</u> <u>stricken</u> if it does not contain this certificate of service.  <u>See</u> Fed. R. Civ. P. 5.

I. <u>Copies</u>.  This Court <u>will</u> <u>not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings</u>.  <u>Do</u> <u>not</u> write letters to the Court.  All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence</u>.  No evidence shall be sent to the Court for filing or storing.

I. **PREVIOUS LAWSUITS**.

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action: Yes (  )    No ( X )

B. Have you filed other lawsuits in state or federal court relating to your imprisonment: Yes (  )    No ( X )

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

   Plaintiffs: _Samuel Leavis, #220639_

   Defendants: _Judge Herman Y. Thomas, Circuit Court Judge,_
   _District Attorney, John Tyson, Jr. Assistant D.A. Steven Giardini_

   2. Court (if federal court, name the district; if state court, name the county): _Southern District_

   3. Docket Number: _____

   4. Were you granted the opportunity to proceed without payment of filing fees? Yes (  )    No ( X )

5.  Name of judge to whom the case was assigned: _____

_____  _____

6.  If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.: _____

_____

_____

_____

7.  Approximate date of filing lawsuit: _____

8.  Approximate date of ruling by court: _____

## II. YOUR PRESENT COMPLAINT.

A.  Place or institution where action complained of occurred:
    <u>Mobile County Circuit Court</u>

B.  Date it occurred: <u>June 25, 2001</u>

C.  Is there a prisoner grievance procedure in this institution?
    <u>     N/A     </u>

D.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?  Yes ( X )  No ( )

E.  If your answer is YES:

    1.  What steps did you take? _____
        <u>A Motion for Writ of Mandamus to the Criminal Court of Appeals</u>

    2.  What was the result? <u>          Denied          </u>

    _____

F.  If your answer is NO, explain why not: _____

    _____

G.  Your claim (<u>briefly</u> explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary): _____

Circuit Court Denied bail, then on a bond hearing increased bond to an amount that the Court knew that the Plaintiff could not afford.

Plaintiff, as a result of having his bond denied was forced to relinquish his property, namely his home which he lost. Plaintiff basis his complaint on the Judge who in colusion with the Prosecutors removed, or other wise denied bond to Plaintiff, in clear abuse of their office, and the Plaintiff's Constitutional Rights, under the Constitution of the United States, and the Constitution of the State Of Alabama, 1901.

### III. PARTIES.

A. **Plaintiff** (Your name/AIS): Samuel leavis #220639

   Your present address: P.O. Box 5107, Union Springs, Al 36089

B. **Defendant(s)**:

1. Defendant (full name) Herman Y. Thomas is employed

5

Circuit Court Judge Herman Y. Thomas
as __Judge__ at __Mobile County Circuit Court__.

His/her present address is __205 Government Street, Mobile, Al 36644__.

(a) Claim against this defendant: __Violated Plaintiff's 8th amendment right against exsesive bail.__

(b) Supporting facts (Include date/location of incident):
June 25, 2001, Circuit Court of Mobile County

2. Defendant (full name) __John Tyson, Jr.__ is employed as __District Attorney__ at __Mobile County__.

His/her present address is __P.O. Box 2841, Mobile, Al 36652-2841__.

(a) Claim against this defendant: __Encouraged Judge to set bond at such a high Number as to limit Plaintiff's ability to ge bond.__

(b) Supporting facts (Include date/location of incident):
June 25, 2001, Circuit Court, Mobile County Courthouse.

3. Defendant (full name) __Steven Giardini__ is employed as __Assistant District Attorney__ at __Mobile County Courthouse__.

His/her present address is __P.O. Box 2841, Mobile, Al 36652-2541__.

(a) Claim against this defendant: __Violated Plaintiff's 8th amendment right to bail. encouraged bond to be withdrawn.__

(b) Supporting facts (Include date/location of incident):
June 25, 2001, Circuit Court, Mobile County Courthouse

6

C. <u>Additional Defendants</u>: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: CC-01-3014, Possession of Obscenity of a Person underage..

2. When were you convicted? Sentenced on 12/18/2001

3. What is the term of your sentence? 3 years

4. When did you start serving this sentence? 12/18/2001

5. Do you have any other convictions which form the basis of a future sentence?   Yes ( )   No ( X )
If so, complete the following:

(a) Date of conviction: _____

(b) Term of sentence: _____

6. What is your expected end of sentence (E.O.S.) date? September 22, 2004

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no( ) | yes( ) no( ) |
| Expunged | yes( ) no( ) | yes( ) no( ) |
| Invalidated | yes( ) no( ) | yes( ) no( ) |
| Writ of habeas corpus granted | yes( ) no( ) | yes( ) no( ) |

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____

V. State <u>briefly</u> exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes): Award compensatory damages to replace home, and bond cost. $26,000.00. Punitive damages in the amount of Twenty Million dollars.

_____

_____

**VI. AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

_24 Nov '03_
Date

_Samuel J. Leavis_
(Signature of Plaintiff Under Penalty of Perjury)

_P.O. Box 5107_
Current Mailing Address

_Union Springs, AL 36089_

_____
Telephone Number

<u>PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER</u>.